CHARLES H. COOGAN ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF MANSFIELD ET AL.

The motion by the plaintiffs to dismiss the defendant Edward V. Wong's petition for certification for appeal from the Court of Common Pleas in Tolland County is denied.

*Rolland Castleman,* for the plaintiffs.

*Omar H. Shepard,* for the defendant Wong.

Argued October 4—decided October 4, 1972

PINEWOOD MONROE, INC. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF MONROE

The motion by the plaintiff to dismiss the defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Edward G. Burstein,* for the plaintiff.

*James P. White, Jr.,* for the defendant.